**United States District Court**
For the Northern District of California

1
2
3
4            UNITED STATES DISTRICT COURT
5            NORTHERN DISTRICT OF CALIFORNIA
6
7    UNITED STATES OF AMERICA,              Case No.  3-05-71017 EDL
8            Plaintiff(s),
                                            **INITIAL ORDER FOR**
9        v.                                 **REIMBURSEMENT OF COST OF**
                                            **COURT-APPOINTED COUNSEL**
10   TECK CHUEE LIM,
11           Defendant(s).
12   _____/
13           Teck Chuee Lim, is a Defendant in this criminal matter.  The Court has found Defendant eligible for
14   appointment of counsel under the Criminal Justice Act, and has further found that Defendant has sufficient
15   assets to make partial payment for the representation.
16           IT IS HEREBY ORDERED that a hearing be conducted at the conclusion of this case to determine
17   whether Defendant shall reimburse the United States District Court or the Northern District of California for
18   all or parts of the cost of the court-appointed counsel herein.
19           IT IS SO ORDERED.
20
21   Dated:  December 29, 2005
22                                            /s/ Nandor J. Vadas
                                             NANDOR J. VADAS
23                                           United States Magistrate Judge
24
25
26
27
28