```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  ELIZABETH M. FALK
    Assistant Federal Public Defender
 3  450 Golden Gate Avenue
    San Francisco, CA 94102
 4  Telephone: (415) 436-7700

 5  Counsel for Defendant LIM
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 3-05-71017 EDL |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING BAIL HEARING** |
| TECK CHUEE LIM, | ) | |
| Defendant. | ) | Date: January 6, 2006<br>Time: 9:30 a.m.<br>Court: The Honorable Joseph C. Spero |

## STIPULATION

The parties agree to continue the bail hearing in the above-captioned matter from January 6, 2006 until January 9, 2006 at 9:30 a.m. The purpose of the continuance is due to a death in the family of defense counsel out of state, and the need for her attendance at a memorial service in Arizona on that day. Mr. Lim has an ICE detainer, and as such, he will waive detention at the hearing on January 9. Due to the fact that Mr. Lim will not be released from custody during the pendency of this case, the short continuance will not prejudice him.

Special Assistant United States Attorney Nahla Rajan has no objection to the request for a continuance. Pursuant to 18 U.S.C. § 3142(f), the parties jointly request this Court to find that good cause exists for extending the five-day period of time permitted by law for a bail hearing for the following reasons: 1) defendant Lim has an ICE detainer against his person and will not ultimately

1  seek release from custody on this case; 2) counsel's unavailability due to a death in her family.

2

3  IT IS SO STIPULATED

4

5  DATED: 1/5/2006                    _____/S/_____
                                      ELIZABETH M. FALK
6                                     Assistant Federal Public Defender

7
   DATED: 1/5/2006                    _____/S/_____
8                                     NAHLA RAJAN
                                      Special Assistant United States Attorney
9

10     I hereby attest that I have on file all holograph signatures for an signatures indicated b a

11  "conformed" signature (/S/) within this e-filed document.

12

13                              [~~PROPOSED~~] ORDER

14     Based upon the aforementioned representations of the parties, and for good cause shown as

15  required under 18 U.S.C. § 3142(f), it is hereby ORDERED that the bail heaing in this matter be

16  continued from January 6, 2006 to January 9, 2006 at 9:30 a.m.

17

18  DATED: Jan. 5, 2006               _____
                                      THE HONORABLE JOSEPH C. SPERO
19                                    UNITED STATES MAGISTRATE COURT JUDGE

20

21

22

23

24

25

26

STIP & ORDER CONTINUING
Bail Hearing
05-71017 EDL                          - 2 -